NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**LAURA A. HUNT,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

_____

2014-3041

_____

Petition for review of the Merit Systems Protection Board in No. CH-0831-12-0753-I-1.

_____

**ON MOTION**

_____

**O R D E R**

Laura A. Hunt moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                          HUNT v. OPM

                                              FOR THE COURT

                                              /s/ Daniel E. O'Toole
                                              Daniel E. O'Toole
                                              Clerk of Court

s24